**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 1 2 2022

Kevin P. Weimer, Clerk
By 
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RODNEY BROOKS,<br>MICHAEL HOLLINS, AND<br>JARVIS HOSKINS | Criminal Indictment<br><br>No. 1:22-CR-С113<br><br>**UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

### Count One
### (General Conspiracy – 18 U.S.C. § 371)

Beginning on a date unknown, and continuing through at least on or about March 4, 2021, in the Northern District of Georgia and elsewhere, the defendants, RODNEY BROOKS, MICHAEL HOLLINS, and JARVIS HOSKINS, and others unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with one another to commit at least one of the following offenses against the United States, that is, to knowingly:

(1) take and carry away, with intent to steal and purloin, property and things of a value exceeding $1000.00 belonging to a bank whose deposits were then insured by the Federal Deposit Insurance Corporation and a credit union whose deposits were then insured by the National Credit Union Administration, all in the care, custody, control, management, and

possession of The Brink's Company, in violation of Title 18, United States Code, Section 2113(b); and

(2) possess, conceal, store, and dispose of more than $1,000.00 in United States currency, belonging to a bank whose deposits were then insured by the Federal Deposit Insurance Corporation and a credit union whose deposits were then insured by the National Credit Union Administration, which had been taken and carried away with intent to steal and purloin, while in the care, custody, control, management, and possession of The Brink's Company, and knowing that the money had been stolen, in violation of Title 18, United States Code, Section 2113(c).

## Background

At all times material to this Indictment:

(1) BB&T Bank was engaged in interstate commerce and insured by the Federal Deposit Insurance Corporation;

(2) Delta Community Credit Union was engaged in interstate commerce and insured by the National Credit Union Administration; and

(3) The defendants, RODNEY BROOKS, MICHAEL HOLLINS, and JARVIS HOSKINS, and others unknown to the Grand Jury, agreed to unlawfully take United States currency held inside a Brink's vehicle located at a commercial bank building's parking lot by breaching and forcibly breaking the glass window of the Brink's vehicle to remove United States currency from inside the vehicle.

## Manner and Means of the Conspiracy

It was part of the conspiracy that the defendants:

(1) Rented vehicles from rental companies to travel across state lines from Texas to Atlanta, Georgia;

(2) Conducted visual surveillance of the areas around banking institutions to detect the possible presence of law enforcement, while the defendants stole and purloined United States currency;

(3) Utilized cellular telephones to monitor the presence of local law enforcement near banking institutions, while the defendants stole and purloined United States currency; and

(4) Used gloves and hooded clothing to conceal their identities while they stole and purloined United States currency.

## Overt Acts

In furtherance of the conspiracy, and to accomplish its objects, the defendants, RODNEY BROOKS, MICHAEL HOLLINS, and JARVIS HOSKINS, and others unknown to the Grand Jury, committed and caused to be committed at least one of the following overt acts:

(1) On a date unknown to the Grand Jury, but between on or about February 28, 2021, and March 3, 2021, BROOKS, HOLLINS, and HOSKINS traveled from Texas to the Northern District of Georgia;

(2) On or about March 4, 2021, HOLLINS and HOSKINS traveled to a Navy Federal Credit Union located at 5898 Roswell Road in Sandy Springs, Georgia;

(3) On or about March 4, 2021, at approximately 11:36 AM, BROOKS travelled in the vicinity of 5898 Roswell Road, Sandy Springs, Georgia;

(4) After arriving at the Navy Federal Credit Union, HOLLINS and HOSKINS drove into a parking space adjacent to a parked Brink's vehicle and used a tool to break the front seat window of the Brink's vehicle to enter the vehicle and steal bags containing United States currency totaling approximately $134,000.00; and

(5) BROOKS acted as a nearby lookout while HOLLINS and HOSKINS broke into the Brink's vehicle.

All in violation of Title 18, United States Code, Section 371.

## Count Two
### (Bank Larceny - 18 U.S.C. § 2113(b))

On or about March 4, 2021, in the Northern District of Georgia, the defendants, RODNEY BROOKS, MICHAEL HOLLINS, and JARVIS HOSKINS, and others unknown to the Grand Jury, aided and abetted by one another, knowingly took and carried away, with intent to steal and purloin, approximately $78,000.00 of United States currency belonging to BB&T Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and approximately $56,000.00 of United States currency belonging to Delta Community Credit Union, a credit union whose deposits were then insured by the National Credit Union Administration, then in the care, custody, control, management, and possession of The Brink's Company, all in violation of Title 18, United States Code, Section 2113(b), and Section 2.

## Count Three
### (Possession of Stolen Funds - 18 U.S.C. § 2113(c))

On or about March 4, 2021, in the Northern District of Georgia and elsewhere, the defendants, RODNEY BROOKS, MICHAEL HOLLINS, and JARVIS HOSKINS, aided and abetted by one another, knowingly possessed, concealed, stored, and disposed of United States currency, that is, approximately $78,000.00 of United States currency belonging to BB&T Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and approximately $56,000.00 of United States currency belonging to Delta Community Credit Union, a credit union whose deposits were then insured by the National Credit Union Administration, which had been taken and carried away with intent to steal and purloin, while in the care, custody, control, management, and possession of The Brink's Company, and knowing that the United States currency had been stolen, in violation of Title 18, United States Code, Section 2113(c), and Section 2.

### Forfeiture Provision

Upon conviction of one or more of the offenses alleged in this Indictment, the defendants, RODNEY BROOKS, MICHAEL HOLLINS, and JARVIS HOSKINS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any property, real or personal, constituting or derived from proceeds traceable to such violations, including but not limited to, the following:

(a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offenses in this Indictment.

If, any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A _____ TRUE _____ BILL

_____
FOREPERSON

KURT R. ERSKINE
  United States Attorney

*Amy M. Palumbo*
AMY M. PALUMBO
  Assistant United States Attorney
Georgia Bar No. 615124

*Natasha S. Cooper*
NATASHA COOPER
  Assistant United States Attorney
Georgia Bar No. 612489

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181